# ATTACHMENT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HFA SERVICES, LLC,

    Plaintiff,

v.

CASE NO. _____

EXIANT COMMUNICATIONS, LLC,

    Defendant.

_____/

## **DECLARATION OF JAMES FINNERAN**

James Finneran, under penalty of perjury, states as follows:

1. My name is James Finneran, and I am above the age of 18. This Declaration is given on personal knowledge, for myself and as an authorized representative of Exiant Communications, LLC.

2. I am fully familiar with all of the facts and circumstances set forth herein and I am competent to testify as to same.

3. Exiant Communications, LLC is a limited liability company. I am the sole member of the LLC and have been at all times since its inception.

4. I am a resident and citizen of the state of Maryland.

5. Exiant's principal place of business is in Maryland.

6. A search of the website for the Florida Department of State, Division of Corporations – sunbiz.org – reveals that HFA Services, LLC is a limited liability company whose only member is HFA Holdings, LLC.

7. A search of the website for the Florida Department of State, Division of Corporations – sunbiz.org – reveals that HFA Holdings, LLC is a limited liability company with three members: Michael Halperin, Jim Beausoleil and Lauren

Halperin. None of these members of HFA Holdings, LLC are residents or citizens of the state of Maryland.

8.  True and correct printouts of the searches of sunbiz.org, as referenced in paragraphs 5 and 6, are attached to the Notice of Removal as Attachment C.

9.  Upon information and belief, Jim Beausoleil is a citizen of California.

10. Upon information and belief, Michael Halperin and Lauren Halperin are citizens of Florida.

11. If the Court were to grant the Plaintiff the relief requested in the Complaint, Exiant Communications, LLC would be ordered to pay HFA Services, LLC an amount in excess of $75,000, exclusive of costs and interest.

12. A true and correct copy of the documents served on Exiant Communications, LLC in the case of *HFA Services, LLC v. Exiant Communications, LLC*, case no. 50-2022-CA-01570 in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, is attached to the Notice of Removal as Attachment A. Those documents were served on Exiant Communications, LLC's authorized representative on March 24, 2022.

I declare under penalty of perjury that the foregoing statements are true and correct.

_____
James Finneran

Date: 4/7/22
April 7, 2022