# ATTACHMENT C

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
HFA SERVICES LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L19000251970 |
| **FEI/EIN Number** | 84-3554234 |
| **Date Filed** | 10/07/2019 |
| **Effective Date** | 10/01/2019 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC STMNT OF RA/RO CHG |
| **Event Date Filed** | 12/06/2021 |
| **Event Effective Date** | NONE |

**Principal Address**

7700 CONGRESS AVENUE
SUITE 3214
BOCA RATON, FL 33487

**Mailing Address**

7700 CONGRESS AVENUE
SUITE 3214
Suite 220
BOCA RATON, FL 33487

**Registered Agent Name & Address**

ATT C - 02

CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASSEE, FL 32301

Name Changed: 12/06/2021

Address Changed: 12/06/2021

**Authorized Person(s) Detail**

**Name & Address**

Title MMBR

HFA HOLDINGS LLC

7700 CONGRESS AVENUE, SUITE 3214

BOCA RATON, FL 33487

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2020 | 01/30/2020 |
| 2021 | 01/05/2021 |
| 2022 | 01/14/2022 |

**Document Images**

| | |
| --- | --- |
| 01/14/2022 -- ANNUAL REPORT | View image in PDF format |
| 12/06/2021 -- CORLCRACHG | View image in PDF format |
| 01/05/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2020 -- ANNUAL REPORT | View image in PDF format |
| 10/07/2019 -- Florida Limited Liability | View image in PDF format |

DIVISION OF CORPORATIONS



Department of State   /   Division of Corporations   /   Search Records   /   Search by Entity Name   /

## Detail by Entity Name

Florida Limited Liability Company
HFA HOLDINGS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L19000134175 |
| **FEI/EIN Number** | 84-1942206 |
| **Date Filed** | 05/20/2019 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC STMNT OF RA/RO CHG |
| **Event Date Filed** | 08/29/2019 |
| **Event Effective Date** | NONE |

**Principal Address**

7700 Congress Avenue
SUITE 3214
BOCA RATON, FL 33487

**Mailing Address**

7700 CONGRESS AVENUE
SUITE 3214
BOCA RATON, FL 33487

**Registered Agent Name & Address**

INCORP SERVICES, INC.

ATT C - 04

17888 67TH CT N
LOXAHATCHEE, FL 33470


Name Changed: 08/29/2019


Address Changed: 08/29/2019

**Authorized Person(s) Detail**

**Name & Address**


Title MMBR


HALPERIN, MICHAEL P
7700 CONGRESS AVENUE
SUITE 3214
BOCA RATON, FL 33487


Title CFO


Beausoleil, Jim
2865 Sunrise Blvd
Suite 220
Rancho Cordova, FL 95742


Title MMBR


Halperin, Lauren
7700 CONGRESS AVENUE
SUITE 3214
BOCA RATON, FL 33487


**Annual Reports**

| Report Year | Filed Date |
|-------------|------------|
| 2020 | 01/11/2020 |
| 2021 | 01/05/2021 |


**Document Images**

| | |
|---|---|
| 01/05/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2020 -- ANNUAL REPORT | View image in PDF format |
| 08/29/2019 -- CORLCRACHG | View image in PDF format |
| 05/20/2019 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

ATT C - 06